[No. 15811-6-II.   Division Two.   May 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA PEARL STARK, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 91-1-00116-1, Grant S. Meiner, J., entered January 10, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Morgan, J.

[No. 15836-1-II.   Division Two.   May 27, 1993.]

THE DEPARTMENT OF LICENSING, *Respondent*, v. TERRAL D. WOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-10049-4, Waldo F. Stone, J., entered March 6, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, J., and Petrich, J. Pro Tem.

[No. 15859-1-II.   Division Two.   May 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ALAN JOECKEL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00886-0, James D. Ladley, J., entered March 6, 1992. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.